**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1710-24

PRIVCAP FUNDING, LLC,

    Plaintiff-Appellant,

v.

MADISON TITLE AGENCY,
LLC, and ANDREW SELEVAN,

    Defendants-Respondents.

_____

        Submitted February 5, 2026 – Decided February 17, 2026

        Before Judges Mawla, Bishop-Thompson, and Puglisi.

        On appeal from the Superior Court of New Jersey, Law Division, Union County, Docket No. L-3863-21.

        Stark & Stark, PC, attorneys for appellant (Timothy P. Duggan, of counsel and on the briefs).

        Herrick Feinstein, LLP, and Arthur G. Jakoby (Herrick Feinstein, LLP) of the New York bar, admitted pro hac vice, attorneys for respondent (Michelle M. Sekowski and Arthur G. Jakoby, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

*M.C. Harley*

Clerk of the Appellate Division